IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JERRY G. HINTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 5:10-CV-03082-RRA |
| W. A. KENDALL & CO., INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

A joint stipulation of dismissal has been filed by the plaintiff, Jerry G. Hinton, and the defendant, W. A. Kendall & Co., Inc., who are the only parties to this action. The stipulation states that it is with prejudice.

According to the federal rules of civil procedure, under certain circumstances the plaintiff may dismiss an action without court involvement. Rule 41 (a)(1) of the Federal Rules of Civil Procedure provides:

(a) Voluntary Dismissal.

(1) By the Plaintiff.

(A) *Without a Court Order*. Subject to Rules 23(e), 23.1©, 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(I) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Fed. R. Civ. P. 41 (a)(1) (underlining added).

Wherefore, by the action of the parties and the operation of Rule 41(a)(1)(A)(ii), this action is DISMISSED, with prejudice, costs taxed as paid.

DONE and ORDERED this 6th day of December, 2011.

*Robert R Armstrong*
Robert R. Armstrong, Jr.
United States Magistrate Judge